# EXHIBIT B

ARTHUR J. CASEY [SBN 123273]
DONALD P. GAGLIARDI [SBN 138979]
CASEY LAW GROUP
16450 Los Gatos Blvd., Suite 110
Los Gatos, CA 95032
Tel:   (408) 660-3102
Fax:   (408) 660-3105
Email: acasey@caseylawsj.com
       dgagliardi@caseylawsj.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| RHODA PAUL,<br><br>  Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 to 20,<br><br>  Defendants. | Case No. RG21092675<br><br>**NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT**<br><br>Complaint Filed: April 28, 2020 |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on May 13, 2021, a Notice of Removal of this civil action was filed by defendant Costco Wholesale Corporation, by and through its counsel of record, in the United States District Court for the Northern District of California, Oakland Division, pursuant to 28 U.S.C. §§ 1332, 1441 & 1446. A copy of said Notice of Removal is attached hereto and incorporated herein by reference.

Dated: May ___, 2021              CASEY LAW GROUP

                                  By: _____
                                      ARTHUR J. CASEY
                                      DONALD P. GAGLIARDI
                                  Attorneys for Defendant
                                  COSTCO WHOLESALE CORPORATION

**PROOF OF SERVICE**

***Rhoda Paul v. Costco Wholesale Corporation, et al.***
Alameda County Superior Court, Case No.: RG21092675

I, Maggie Le, declare:

I am over the age of eighteen (18) years and not a party to the within entitled action. I am employed Casey Law Group. My business address is 16450 Los Gatos Blvd., Suite 110, Los Gatos, California 95032. I am readily familiar with Casey Law Group's practice for collection and processing of documents for delivery by way of the service indicated below.

On May ____, 2021, I served the following document(s):

**NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT**

on the interested party(ies) in this action as follows:

| | |
|---|---|
| Martin Zurada, Esq.<br>Venardi Zurada LLP<br>1418 Lakeside Drive<br>Oakland, CA 94612<br>mzuarada@vefirm.com<br>csouza@vefirm.com | Attorney for Plaintiff Rhoda Paul<br>Tel: (510) 832-4295 |

**BY ELECTRONIC SERVICE**. ***Pursuant Appendix I of the California Judicial Council Temporary Emergency Rule # 12 related to COVID-19***, I caused the document(s) to be sent from email address mle@caseylawsj.com to the persons at the electronic notification addresses shown above

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May ___, 2021, at Los Gatos, California.

/s/ *Maggie Le*
Maggie Le