1  ARTHUR J. CASEY [SBN 123273]
   Email:  acasey@caseylawsj.com
2  DONALD P. GAGLIARDI [SBN 138979]
   Email: dgagliardi@caseylawsj.com
3  CASEY LAW GROUP
   16450 Los Gatos Blvd., Suite 110
4  Los Gatos, CA 95032
   Tel:     (408) 660-3102
5  Fax:     (408) 660-3105

6  Attorneys for Defendant
   COSTCO WHOLESALE CORPORATION

7

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12

13  RHODA PAUL,                              Case No. 4:21-cv-03645-DMR

14              Plaintiff,                   **ANSWER TO COMPLAINT BY
                                             DEFENDANT COSTCO WHOLESALE
15        vs.                                CORPORATION**

16

17  COSTCO WHOLESALE CORPORATION;            DEMAND FOR JURY TRIAL
    and DOES 1 to 20,
18
                Defendants.
19

20

21        Defendant Costco Wholesale Corporation ("Costco") answers the California Judicial

22  Council Form Complaint ("Complaint") brought by plaintiff Rhoda Paul ("Plaintiff") and alleges

23  as follows:

24               **RESPONSE TO ALLEGATIONS OF COMPLAINT**

25        Answering all causes of action pled by the above-named Plaintiff, Costco denies, both

26  generally and specifically, every material allegation, including the damage allegations, in every

27  cause of action alleged.

28  ///

                                              1

CASEY LAW GROUP
ATTORNEYS AT LAW

1.     In response to Paragraph 1 of the Complaint, Costco admits that Rhoda Paul is the plaintiff and that Costco is the defendant in this action.

2.     In response to Paragraph 2 of the Complaint, Costco admits that the Complaint appears to consist of four pages.

3.     In response to Paragraph 3 of the Complaint, Costco cannot admit or deny the absent allegations.

4.     In response to Paragraph 4 of the Complaint, Costco cannot admit or deny the absent allegations.

5.     In response to Paragraph 5 of the Complaint, Costco admits that it is a corporation.

6.     In response to Paragraph 6 of the Complaint, Costco lacks sufficient information in which to admit or deny the allegations.

7.     In response to Paragraph 7 of the Complaint, Costco cannot admit or deny the absent allegations.

8.     In response to Paragraph 8 of the Complaint, Costco denies that the Superior Court in and for the County of Alameda, California is the proper court for hearing this action.  Costco has removed the action to the United States District Court for the Northern District of California, Oakland Division, because of the diversity of citizenship of the parties.

9.     In response to Paragraph 9 of the Complaint, Costco cannot admit or deny the absent allegations.

10.    In response to Paragraph 10 of the Complaint, Costco admits that Plaintiff has attached to its pleading and asserted a California Judicial Council form cause of action for general negligence.  Costco denies the allegations of each such cause of action.

11.    In response to Paragraph 11 of the Complaint, Costco lacks information sufficient to admit or deny the allegations.

12.    In response to Paragraph 12 of the Complaint, Costco cannot admit or deny the absent allegations.

13.    In response to Paragraph 13 of the Complaint, Costco admits that the relief sought is within the jurisdiction of both this Court and the underlying state court.

2

14.     In response to Paragraph 14 of the Complaint, Costco denies that Plaintiff is entitled to the relief prayed for.

15.     In response to Paragraph 15 of the Complaint, Costco cannot admit or deny the absent allegations.

16.     In response to Paragraph GN-1 (General Negligence Liability Cause of Action) of the Complaint, Costco admits that plaintiff Rhoda Paul was shopping at Costco on April 13, 2019 and admits that she was involved in an incident where she came into contact with a Costco shopping cart.  Costco further admits that Plaintiff submitted a member report of the incident the same day, claiming that her arm and shoulder hurt.  Costco lacks sufficient information whether Plaintiff was injured or, if so, whether her injuries were severe and/or traumatic and on such basis denies the allegations.  Costco denies that it breached a duty of care owed to Plaintiff.  Costco further denies that it was a substantial factor in causing Plaintiff's alleged injuries.  Costco further denies that it negligently trained or supervised its unnamed employee.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim for Relief)

The Complaint, and each cause of action therein, fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Contributory Negligence)

Costco is informed and believes and thereon alleges that Plaintiff was careless and negligent about the matters complained of and that such carelessness and negligence contributed to the happening of the incident complained of, and the damages, if any, sustained thereby.

## THIRD AFFIRMATIVE DEFENSE

### (Statute of Limitations)

The Complaint, and each cause of action therein, is barred by the applicable statute of limitations, to wit, by the provisions of California Code of Civil Procedure sections 335 *et seq*.

CASEY LAW GROUP
ATTORNEYS AT LAW

ANSWER TO COMPLAINT
BY DEFENDANT COSTCO WHOLESALE CORPORATION                    Case No. 4:21-cv-03645-DMR

**CASEY LAW GROUP**
ATTORNEYS AT LAW

1    **FOURTH AFFIRMATIVE DEFENSE**

2    **(Laches)**

3    The Complaint, and each cause of action therein, is barred by the doctrine of laches.

4    **FIFTH AFFIRMATIVE DEFENSE**

5    **(Waiver and Estoppel)**

6    The Complaint, and each cause of action therein, is barred by the doctrines of waiver

7    and/or estoppel.

8    **SIXTH AFFIRMATIVE DEFENSE**

9    **(Failure to Mitigate Damages)**

10    Plaintiff has failed to mitigate her alleged damages.

11    **SEVENTH AFFIRMATIVE DEFENSE**

12    **(Workers' Compensation)**

13    Costco is informed and believes and thereon alleges that Plaintiff may have been injured in

14    the course and scope of her employment and her employer's negligence caused and/or contributed

15    to her damages/injuries.  Insofar as she was acting within the course and scope of employment, her

16    exclusive remedy is before the Workers' Compensation Appeals Board, this Court having no

17    jurisdiction to determine this matter.

18    **EIGHTH AFFIRMATIVE DEFENSE**

19    **(Assumption of the Risk)**

20    Costco is informed and believes and thereon alleges that Plaintiff, with full appreciation of

21    the particular risks involved, nevertheless knowingly and voluntarily assumed the risks and

22    hazards of the incident complained of, and the damages, if any, resulting therefrom.

23    **NINTH AFFIRMATIVE DEFENSE**

24    **(Third Party Fault)**

25    Costco is informed and believes and thereon alleges that Plaintiff's injuries were caused or

26    contributed to by third parties in a percentage to be determined at trial and that Plaintiff's recovery

27    of non-economic damages shall be reduced in proportion to such third parties' percentage of fault.

28    ///

4

ANSWER TO COMPLAINT
BY DEFENDANT COSTCO WHOLESALE CORPORATION                    Case No. 4:21-cv-03645-DMR

1    WHEREFORE, Costco prays that Plaintiff take nothing by reason of her Complaint on file

2  herein, that Costco be awarded costs of suit herein incurred, and for such other and further relief as

3  may be deemed appropriate by this Court.

4                            **<u>JURY TRIAL DEMAND</u>**

5    Defendant Costco hereby demands a trial by jury.  *Fed.R.Civ.P. 38.*

6  Dated:  May 18, 2021                               CASEY LAW GROUP

7

8                                                      By: _____

9                                                          DONALD P. GAGLIARDI
                                                        Attorneys for Defendant
10                                                       COSTCO WHOLESALE CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CASEY LAW GROUP**
ATTORNEYS AT LAW

5

ANSWER TO COMPLAINT
BY DEFENDANT COSTCO WHOLESALE CORPORATION                    Case No. 4:21-cv-03645-DMR